pany. J. B. Henney, for appellant. A. T. O'Leary, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent, on the ground that the evidence did not sustain finding that defendant was negligent.

In re FLETCHER. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) In the matter of the application of Bertram L. Fletcher for admission to the bar. No opinion. Application granted.

FLORES, Respondent, v. KRAMER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Morris Flores against Harry Kramer and another. W. S. Gordon, for appellants. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FLYNN, Respondent, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Dennis J. Flynn against Jacob A. Zimmerman. No opinion. Judgment and order unanimously affirmed, with costs.

FRANCE MILLING CO., Respondent, v. DOW et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by the France Milling Company against Ida T. Dow and others. No opinion. Judgment and order unanimously affirmed, with costs.

FRANCIS C. NEALE, Inc., Respondent, v. HUDSON & M. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Francis C. Neale, Incorporated, against the Hudson & Manhattan Railroad Company and others. G. Sumner, for appellants. E. W. Tyler, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See, also, 143 App. Div. 906, 127 N. Y. Supp. 1133.

FREUND, Respondent, v. FREUND, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Dora Freund against Max Freund. No opinion. Judgment and order affirmed, with costs.

In re FULLER et al. (Supreme Court, Appellate Division, First Department. December 8, 1911.) In the matter of Sarah G. Fuller and another. P. Mitchell, for appellants. G. W. Miller, for respondent. No opinion. Order (126 N. Y. Supp. 309) affirmed, with $10 costs and disbursements. Order filed.

GAETJENS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Edmund F. Gaetjens, an infant, by August Gaetjens, his guardian ad litem, against the City of New York. No opinion. Motion denied. See, also, 131 N. Y. Supp. 169.

GALLAGHER v. BILLINGS et al. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Sarah A. Gallagher against George Billings, individually and as substituted trustee, etc., and others. Appeal No. 1. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 131 N. Y. Supp. 1116.

GALLAGHER v. BILLINGS et al. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Sarah A. Gallagher against George S. Billings, individually and as substituted trustee, etc., and others. Appeal No. 2. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 131 N. Y. Supp. 1116.

GALLBREATH, Respondent, v. VAN ANTWERP, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 12, 1912.) •Action by James F. Gallbreath against Edwin Van Antwerp, impleaded with William E. White. H. R. Smith, for appellant. C. H. Mapledoram, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GALLO, Respondent, v. SILEO, Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Arthur Gallo against Thomas Sileo. L. J. Jacoves, for appellant. L. Levy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GA NUN, Respondent, v. PALMER, Appellant, et al. (Supreme Court, Appellate Division, Second Department, January 12, 1912.) Action by Mary F. Ga Nun against Mary E. Palmer, impleaded with others. No opinion. Order affirmed on argument, with $10 costs and disbursements. See, also, 141 App. Div. 918, 125 N. Y. Supp. 1121.

GARGUILO, Respondent, v. MEEKER, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Raffaelo Garguilo against George R. Meeker. M. J. Moore, for appellant. C. G. F. Wahle, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GELDER v. INTERNATIONAL ORE CO. (two cases). (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Barney Gelder against the International Ore Company. No opinion. Mo-